UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 5:08-cr-00134 |
| | : | |
| KASEEM DOBSON | : | |

**O R D E R**

**AND NOW,** this 18th day of March, 2021, upon consideration of the Defendant's motion for compassionate release, *see* ECF Nos. 277 & 279, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's motion for compassionate release, ECF Nos. 277 & 279, is **DENIED.**

2. The Government's motion to seal the exhibit to its opposition to Defendant's motion, ECF No. 283, is **GRANTED.**[1]

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] This exhibit contains the Defendant's prison medical records. Although the public has a common law right of access to judicial proceedings and papers, matters relating to the daily details of the Defendant's medical condition are not in the public interest. The Court finds the Government's interest in protecting the privacy of medical records of individuals in its custody—and the privacy interests of those individuals—outweighs any interest the public may have in these documents. *See Bertolotti v. AutoZone, Inc.*, 132 F. Supp. 3d 590, 609 (D.N.J. 2015); *Everett v. Nort,* 547 Fed.Appx. 117, 122 n. 9 (3d Cir.2013).